AB:NJM

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

PETER SCHAFER,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

TO BE FILED UNDER SEAL

AFFIDAVIT AND COMPLAINT IN SUPPORT OF AN APPLICATION FOR AN ARREST WARRANT

(T. 18, U.S.C., § 2252(a)(4)(B))

Case No. 18-MJ-751 (LB)

EASTERN DISTRICT OF NEW YORK, SS:

KERI WALDEN, being duly sworn, deposes and states that she is a Special Agent with the Department of Homeland Security, Homeland Security Investigations, duly appointed according to law and acting as such.

On or about June 26, 2018, the defendant PETER SCHAFER did knowingly possess one or more books, magazines, periodicals, films, video tapes, and other matter which contain any visual depiction, the production of such visual depiction having involved the use of one or more minors engaging in sexually explicit conduct and such visual depiction was of such conduct, that has been mailed, and has been shipped and transported using any means and facility of interstate and foreign commerce and in and affecting interstate and foreign commerce, and which was produced using materials which have been mailed and so shipped and transported, by any means including by computer.

(Title 18, United States Code, Section 2252(a)(4)(B)).

1.      The source of your deponent's information and the grounds for her belief are as follows:[1]

2.      I am a Special Agent with the Department of Homeland Security, Homeland Security Investigations ("HSI"), and have been since 2009.   I am assigned to the Child Exploitation Investigations Unit and am responsible for investigating violations of criminal law relating to the sexual exploitation of children.   I have gained expertise in this area through training in classes and daily work related to conducting these types of investigations.   As a result of my training and experience, I am familiar with the techniques and methods used by individuals involved in criminal activity to conceal their activities from detection by law enforcement authorities.   As part of my responsibilities, I have been involved in the investigation of numerous child pornography cases and have reviewed thousands of photographs depicting minors (less than eighteen years of age) being sexually exploited by adults.

3.      I am familiar with the information contained in this affidavit based on my own personal participation in the investigation, my review of documents, my training and experience and discussions that I have had with other law enforcement personnel concerning the creation, distribution and proliferation of child pornography.   Additionally, statements attributable to individuals herein are set forth in sum and substance and in part.

4.      Based on information provided by HSI Ontario, Canada, in October 2012, law enforcement authorities seized thirty-two servers from an Ontario-based web

---

[1]      Because the purpose of this Complaint is to set forth only those facts necessary to establish probable cause to arrest, I have not described all the relevant facts and circumstances of which I am aware.

hosting company entitled YESUP E-Commerce Solutions Inc. ("YESUP") pursuant to a

judicially authorized search warrant.   Forensic analysis of those servers revealed that

(i) hundreds of files containing child pornography were being stored on those servers; and (ii)

an individual named PETER SCHAFER had a registered account that was hosted on the

YESUP server (the "SCHAFER ACCOUNT"), which he used to store images and videos

containing child pornography.

      5.    Specifically, registration documents for the SCHAFER ACCOUNT

indicate that the account was registered by an individual using the name PETER SCHAFER,

an email address known to the affiant (the "SUBJECT EMAIL ACCOUNT"), and the zip

code 11238.

      6.    I have reviewed the files stored on the SCHAFER ACCOUNT, and I

have observed more than 100 videos containing child pornography within those files.

Several of those files are described as follows:

    a.  **"webcams-41"** is a video which depicts a prepubescent girl taking her pants off.   The camera focuses on the girl's genitals, while the girl inserts a green straw in her vagina.

    b.  **"Xlola-Ulia (9yo) 01"** is a video of a prepubescent girl who stands up and takes clothes off, and then sits down and rubs shaving cream on her legs, arms and stomach.   There are numerous close up shots of the girl's genitals.   In the background, an adult woman can be heard speaking to the girl in a language other than English, as if directing her.

    c.  **"Goldenlols – Ulia 038"** is a video of a prepubescent girl standing next to a bed.   She removes all of her clothing, and lies on the bed touching her legs, stomach and chest with her hands. She then moves positions to lie on her stomach with her legs open and touching her legs with her hands.   Finally, she moves to a position on her knees with her genitals facing camera.   Throughout the video, there are numerous close up shots of the girl's genitals.

7.      Records obtained from Google indicate that the SUBJECT EMAIL ACCOUNT was created on February 5, 2009, by an individual using the name PETER SCHAFER and a recovery email address known to the affiant (the "RECOVERY EMAIL ACCOUNT").   An internet search revealed a page containing a biography of PETER SCHAFER and listing his email address as the RECOVERY EMAIL ACCOUNT.

8.      According to records obtained from the New York State Department of Motor Vehicles, on March 24, 2016, PETER SCHAFER was issued a New York State driver's license.

9.      On June 26, 2018, I and other law enforcement agents arrived at the address listed on PETER SCHAFER's driver's license, in Brooklyn, New York.   We knocked on the apartment door and were greeted by the defendant PETER SCHAFER, who identified himself as "Peter Schafer."   I identified this individual as PETER SCHAFER from the photograph on his passport, which I have reviewed.   We identified ourselves as law enforcement agents, and SCHAFER invited us into the apartment and spoke with us.

10.      During our conversation, I told the defendant PETER SCHAFER in substance that approximately six years earlier his email address was found on a website that stored child pornography, and SCHAFER stated in substance to me, "Yes."   I further asked SCHAFER in substance if was still looking at child pornography, and he stated in substance, "Yes."   SCHAFER stated that he used his personal computer to look at pornography.   He further stated in substance that he mostly looked at "Hentai" animated child pornography, but that occasionally pornography featuring live children would "pop up."

11. While I was inside the defendant PETER SCHAFER's apartment, I observed numerous electronic devices in the premises. SCHAFER identified an Apple laptop as his personal computer. I observed that several electronic devices were connected to his computer—specifically, a Seagate external hard drive, an Adata UV128/8GB USB 3.0 thumb drive, and an Imation 8GB thumb drive were plugged into the Apple laptop. I asked SCHAFER if I could take the devices to review the contents, and he stated in substance, "yes." He further stated in substance, "You might find web cam videos of underage girls on that one," indicating the Imation 8GB thumb drive. When I asked SCHAFER what we would find on the other devices, he did not answer.

12. On June 29, 2018, the Honorable Steven Tiscione signed a search warrant authorizing the search of the electronic devices listed in paragraph 11 supra.

13. HSI agents conducted a forensic review of the electronic devices recovered from the defendant PETER SCHAFER's residence and found approximately 540 images of child pornography contained on the Imation thumb drive, in addition to 45 videos. These files included:

a. **"mx_10.tiff,"** an image file depicting a prepubescent girl naked sitting in a pink chair with her arms and legs raised above her head. Her legs are apart displaying her genitals.

b. **"blo_03.tiff,"** an image file depicting a prepubescent girl wearing underwear and a skirt with no top on. The girl appears to be sitting on the floor leaning against a bench and her underwear is pulled to the side using one of her hands. Her other hand is used to pull her vagina open.

c. **"fr20.tiff,"** an image file depicting a prepubescent girl naked sitting on what appears to be a bathroom floor, leaning back and resting on her hands, which are placed behind her. Her legs are apart displaying her genitals.

d. **"rq3.gif,"** an animated .GIF file depicting a prepubescent girl wearing a t-shirt with her underwear at her knees. She is sitting facing the camera and holding her legs back with her arms wrapped around her legs. She has her fingers in her mouth. She pulls her vagina open with one hand and inserts fingers into her vagina. She stands up with back to camera wearing the t-shirt and her underwear still pulled down. She bends forward away from camera and uses her hands to pull her buttocks apart displaying her genitals.

e. **"yy25.gif,"** an animated .GIF file depicting a prepubescent girl lying down on her back on a rug showing her face and shoulders with her hand on her chest and her other arm to her side. The camera focuses on her genitals with her legs apart and her hand placed on her genitals. She inserts a finger into her vagina. The camera focuses on her vagina and anus while she is using her finger to pull her vagina apart. The file's last frames depict her hand on vagina with a finger inserted.

f. **"y63.gif,"** an animated .GIF file depicting a prepubescent girl wearing a bikini top, who is naked from the waist down, and who appears to be in a bathroom. She is standing on one leg and leaning on the same-side arm. Her other leg is raised up towards her head displaying her genitals with her arm touching her buttock.

g. **"Hot little Mexican girl.avi,"** a video file consisting of a prepubescent girl lying on her back on a bed with her legs apart. She is wearing a shirt, socks, shoes and underwear. Her underwear is pulled down and her legs are back and genitals displayed toward camera. She rubs her genitals with one and has her other hand at her mouth with a finger inserted into her mouth. She rubs her genitals with her hand and then rubs her buttocks with both hands and uses hand to pull apart her vagina.

h. **"stargirl.746.mp4,"** a video file depicting a prepubescent girl wearing a white tank top facing the camera. The girl pulls off her tank top, then sits sideways, and it appears she is taking her underwear off. She lowers the camera to her waist and turns her back to the camera and positions herself on her knees and bends her chest forward to rest her shoulders on the bed, placing her genitals toward the camera. She uses her hands to pull apart her buttocks and anus and then pulls her vagina apart with her hands. She then sits up facing the camera with her legs apart displaying her vagina towards the camera. She faces the camera with her legs apart she uses her hand to rub around her vagina. She moves closer to camera and it focuses on her vagina.

      i. **"ppLiveMe9258c.mov**," a video file depicting a naked prepubescent girl, which begins with a close up of her anus in which the viewer can partially see her vagina. A urine stream is moving down toward her anus.  The camera angle then shows from her vagina to her face.  Her legs are back towards her head, and the camera focuses on her vagina, then face, then shows the urine stream from her vagina streaming toward her face.  She sticks her tongue out toward urine on her chest and licks her chest with the urine on it.  Letters "OXB" are in upper left corner of the video throughout.

WHEREFORE, your deponent respectfully requests that the defendant PETER

SCHAFER be dealt with according to law.

I further request that the Court issue an order sealing, until further order of the

Court, all papers submitted in support of this application, including the affidavit and arrest

warrant.   Based upon my training and experience, I have learned that criminals actively

search for criminal affidavits and arrest warrants via the internet.   Therefore, premature

disclosure of the contents of this affidavit and related documents will seriously jeopardize the

investigation, including by giving the defendant an opportunity to flee or continue flight from

prosecution, destroy or tamper with evidence and change patterns of behavior.

                KERI WALDEN
                Special Agent
                United States Department of Homeland Security,
                Homeland Security Investigations

Sworn to before me this
14th day of August, 2018

THE HONORABLE LOIS BLOOM
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK