# INITIAL APPEARANCE CALENDAR

Magistrate Judge: **Lois Bloom**     Date: **8/15/18**

Magistrate Case Number: **18 M 751**     LOG #: **3:32 - 3:56**

Defendant's Name: **Peter Schafer**

✓ Court appointed counsel.     ___ Defendant retained counsel.

Defense Counsel: **Jeff Greco + Brian Vallerio**    CJA: ___    FDNY: ✓    RET: ___

A.U.S.A. **Nicholas Moscow**     Clerk: **M. Gica**

Interpreter: _____     Language: _____

✓ ARRAIGNMENT on Complaint held.    ✓ Government Agent Sworn

___ DETENTION HEARING Held: ___ Government opposed bail for reasons stated on the record.

✓ Bond set at **$250,000.00**.    ✓ Bond set on consent of both parties.

Defendant ✓ : ✓ released    ___ held pending satisfaction of bond conditions.

✓ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

**4** (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody. ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Preliminary Hearing set for: _____; or    ✓ waived by defendant

___ Status Conference set for: _____ before Judge _____

___ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

    ___ Identity hearing held. Court ___ orders removal ___ denies removal

    ___ Defendant waives: ___ identity hearing ___ preliminary hearing

    ___ Identity/ Removal Hearing set for: _____

    ___ No bail application presented to the Court. Commitment to the District ___ entered.

Other Comments/Rulings: _____